Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:		(619) 233-7770
Office Fax Number:	(619) 297-1022

*Attorneys for Plaintiff,*
Mark Harley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Mark Harley<br><br>                    Plaintiff,<br><br>v.<br><br>CACH, LLC<br><br>                    Defendant. | **CASE NO: 2:17-cv-06561-KS**<br><br><br>**NOTICE OF SETTLEMENT** |
|---|---|

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 4, 2017 for filing a Request for Dismissal.

Respectfully submitted,

Date: October 19, 2017              **Hyde & Swigart**

                                    By: s/ Crosby Connolly
                                    Crosby S. Connolly, Esq.
                                    *Attorneys for Plaintiff*