Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Mark F. Harley

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mark F. Harley, <br><br> Plaintiff, <br><br> v. <br><br> Cach, LLC, <br><br> Defendant. | **Case No.: 2:17-cv-06561-KS** <br><br> **MOTION FOR UNILATERAL DISMISSAL OF ACTION WITH PREJUDICE** <br><br> **HON. KAREN L. STEVENSON** |
|---|---|

   Plaintiff MARK F. HARLEY hereby moves this Court to dismiss the above entitled action with prejudice.

   WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice. This Court to retain jurisdiction for purposes of settlement.

Dated: November 4, 2017                                **HYDE & SWIGART**

                                            By:  s/Crosby S. Connolly
                                                 Crosby S. Connolly
                                                 *Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL        - 1 of 1 -        2:17-cv-06561-KS